# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

2008 FEB -8 A 9: 25

DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ROBERT EARL RAY, JR.

    *Plaintiff,*       *

     * CASE NO: 2:08-CV-89-MEF

*Vs.*      *

     *

ALABAMA PARDON & PAROLE      *
BOARD, et. al.,

    *Defendant,*      *

## MOTION FOR THIS COURT TO TAKE EXCLUSIVE JURISDICTION OVER THE COMPLAINT/AFFIDAVIT FOR THE ISSUANCE OF WARRANTS OF ARREST AND A MOTION FOR A HEARING TO ESTABLISH PROBABLE CAUSE

Comes now Robert Earl Ray, Jr. pro'se in the above style cause and moves this Honorable court to take exclusive jurisdiction over the complaint/affidavit for a federal investigation and the issuance for the warrants of arrest. That this court will upon its review of the complaint /affidavit and the evidence of attached exhibits, grant him a hearing where plaintiff can

1

present ore testimony on his own behalf and call witnesses to testify under oath to establish probable cause for the issuance of the warrants of arrest.

Done on this the 1st day of February 2008.

*[signature]*

ROBERT EARL RAY, JR.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has not been served upon the defendants. Plaintiff has filed the original with the United States District court and awaits the decision of this court to decide whether it find reasons to grant him the hearing as requested. Upon this finding plaintiff, request this Honorable court will serve the defendants with a copy of the foregoing.

Done on this the 5th day of February 2008.

*[signature]*

ROBERT EARL RAY, JR.

2