IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

2008 FEB -8  A 9: 25

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ROBERT EARL RAY, JR.                    *

      *Plaintiff,*                         *

                                      * CASE NO: 2:08-CV-89-MEF

*Vs.*                                   *

                                      *

ALABAMA PARDON & PAROLE                 *
BOARD, et. al.,

      *Defendant,*                        *

---

## MOTION FOR THE COURT TO GRANT TRAVELING EXPENSES FOR PLAINTIFF'S WITNESSES TO BE PRESENT AT PROBABLE CAUSE HEARING

---

Comes now Robert Earl Ray, Jr., pro'se plaintiff in the above style cause and moves this Honorable court to grant traveling expenses for plaintiff's witness to be present at probable cause hearing.

Plaintiff request the above mentioned expenses, because the plaintiff's witnesses have traveled to the Alabama Pardon & parole board for the past six years, testifying and meeting with the agents of the parole board to establish their testimonies on behalf of plaintiff's claims and

this has cost the witnesses hundreds of dollars in traveling expenses and having to take a day off of work to be present. This burden can created an impediment which will prohibit plaintiff's witnesses to be present to present their testimonies to this court. The same witnesses have traveled to the Montgomery Circuit court on November 27, 2007, and the Honorable Charles Price denied me the opportunity to call my witnesses and they had to bare the traveling expenses.

Respectfully requested. Done on this the 1st day of February 2008.

_____
ROBERT EARL RAY, JR.