# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

2008 FEB -8 A 9: 25

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

**ROBERT EARL RAY, JR.**

*Plaintiff,*   \*

\* CASE NO: 2:08-cv-89-MEF

*Vs.*   \*

\*

**ALABAMA PARDON & PAROLE**   \*
**BOARD, et. al.,**

*Defendant,*   \*

---

### REQUEST FOR THE ISSUANCE OF SUBPOENAS/
### WAIVER FOR EXPENSES

---

The clerk/Register is requested to issue subpoenas in the above styled cause for each of the following witnesses for the defendant.

NAME:                                              DATE ISSUED:   DATE EXECUTED

1. **CYNTHIA DILLARD**, EXECUTIVE DIRECTOR   _____   _____

        Alabama Pardon & parole Board
        Criminal Justice Building
        P.O. Box 302405
        Montgomery, Al. 36130-2405

1

                                                DATE ISSUED:   DATE EXECUTED

**2. MARTY BRUCE GRAHAM,** PAROLE OFFICER   _____   _____

                          Alabama Pardon & parole Board
                          Criminal Justice Building
                          P.O. Box 302405
                          Montgomery, Al. 36130-2405


                                                DATE ISSUED:   DATE EXECUTED

**3. T.C. BILL,** PAROLE OFFICER   _____   _____

                          Alabama Pardon & parole Board
                          Criminal Justice Building
                          P.O. Box 302405
                          Montgomery, Al. 36130-2405


                                                DATE ISSUED:   DATE EXECUTED

**4. ROBERT P. LONGSHORE,** BOARD MEMBER   _____   _____

                            Alabama Pardon & parole Board
                            Criminal Justice Building
                            P.O. Box 302405
                            Montgomery, Al. 36130-2405


                                                DATE ISSUED:   DATE EXECUTED

**5. VELINDA WEATHERLY,** BOARD MEMBER   _____   _____

                          Alabama Pardon & parole Board
                          Criminal Justice Building
                          P.O. Box 302405
                          Montgomery, Al. 36130-2405

DATE ISSUED: _____ DATE EXECUTED _____

6. **WILLIAM WYNNE**, CHAIRMAN

        Alabama Pardon & parole Board
        Criminal Justice Building
        P.O. Box 302405
        Montgomery, Al. 36130-2405

Please serve by personal service:

Party Requesting Subpoena(s)
_Robert Earl_ [signature]
ROBERT EARL RAY, JR.
Limestone Corr. Facility
28779 Nick Davis Rd.
Harvest, Al. 35749

7. Johnnie Johnson, Ex. Chairman
Alabama Pardon & Parole Board
Criminal Justice Building
P.O. Box 302405
Montgomery, Al. 36130-2405

8. Nancy McCrerry, Ex. Board
Alabama Pardon & Parole Board
Criminal Justice Building
P.O. Box 302405
Montgomery, Al. 36130-2405

3