# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

2008 FEB 25  A 10: 15

DEBRA P. HACKL[...]
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**ROBERT EARL RAY, JR.**              *

    *Plaintiff,*                           *

                                      *

        V.                              * CASE NO: 2:08-CV-89-MEF

                                      *

**ALABAMA PARDON & PAROLE**           *
**BOARD**
                                      *

    *Defendant.*

---

# AFFIDAVIT TO PROCEED WITHOUT PREPAYMENT OF FEES

---

I, Robert Earl Ray, Jr., plaintiff pro'se in the above-style cause and submits that he is unable to make prepayment of fee for the commencement of the "Request for investigation" upon the parole agency for corruption and that " warrants of arrest be issued" upon individuals named within the complaint for violating plaintiffs civil rights under 18 USC §§ 241 & 242. Plaintiff contends that his rights have been violated under 18 USC §§§ 2(B), 241 & 242. This action is criminal in nature and plaintiff is not seeking a private cause of action. There is no monetary damages requested. Plaintiff request that he be granted In Forma Paupris and indigent status. Plaintiff earns no money. He operates

1

no business and owns no property. At this time he has no money in his PMOD account. The attached PMOD account was printed out in January of 2008. I have requested for a PMOD account dating for February back six months, however the institution business manger is not responding to my request. Plaintiff ask that all cost will be taxed at the final judgment of the highest court in regards to the above case number. Plaintiff has met the requested order from the court the Honorable Wallace Capel, Jr. issued on February 12th 2008. Enclosed with this motion is an "application to proceed without prepayment of fees and affidavit."

Done on this the 21st day of February 2008.

_____
ROBERT EARL RAY, JR.

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

**Middle** District of **Alabama**

Robert Earl Ray, Jr.
Plaintiff

V.

Alabama Pardon & Parole Bd.
Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: 2:08 cv 89-MEF

I, **Robert Earl Ray, Jr.** declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration **Limestone Correctional Facility**

   Are you employed at the institution? **No**    Do you receive any payment from the institution? **No**

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. **Sept. 2001**

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☒ | ☐ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

1

AO 240 Reverse (Rev. 10/03)

*Occassionally I Receive Money From A Family Member*

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

2/13/08
/Date

*Robert E. ___*
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
LIMESTONE CORECTIONAL FACILITY

AIS #: 136712      NAME: RAY, ROBERT                     AS OF: 01/22/2008

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|-------|-----------|-------------------|------------------|
| JAN   | 9         | $0.00             | $0.00            |
| FEB   | 28        | $0.00             | $0.00            |
| MAR   | 31        | $0.00             | $0.00            |
| APR   | 30        | $0.00             | $0.00            |
| MAY   | 31        | $0.00             | $0.00            |
| JUN   | 30        | $0.00             | $0.00            |
| JUL   | 31        | $0.00             | $0.00            |
| AUG   | 31        | $0.73             | $22.93           |
| SEP   | 30        | $2.53             | $0.00            |
| OCT   | 31        | $8.50             | $100.00          |
| NOV   | 30        | $20.47            | $110.00          |
| DEC   | 31        | $6.68             | $50.00           |
| JAN   | 22        | $9.90             | $100.00          |

ROBERT EARL RAY, 136712
LIMESTONE CORRECTIONAL FACILITY
28779 NICK DAVIS ROAD
HARVEST, ALABAMA 35749-7009

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA  36101-0711

LEGAL MAIL

36101+0711