```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004334
Cashier ID: khaynes
Transaction Date: 03/17/2008
Payer Name: DENISE YARBROUGH
------------------------------------
PLRA CIVIL FILING FEE
 For: ROBERT EARL RAY JR
 Case/Party: D-ALM-2-08-CV-000089-001
 Amount:         $13.00
------------------------------------
MONEY ORDER
 Check/Money Order Num: 93536210643
 Amt Tendered:  $13.00
------------------------------------
Total Due:      $13.00
Total Tendered: $13.00
Change Amt:     $0.00
```