IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ROBERT EARLY RAY, JR., | * | |
| Plaintiff, | * | |
| v. | * | 2:08-CV-89-MEF |
| | | (WO) |
| ALABAMA PARDON & PAROLE BOARD | * | |
| | * | |
| Defendant. | | |

_____

**ORDER ON MOTION**

Before the court is Plaintiff's pleading caption *Motion for this Court to Take Exclusive Jurisdiction over the Complaint/Affidavit for the Issuance of Warrants of Arrest and Motion for a Hearing to Establish Probable Cause*. Upon consideration of the motion for issuance of arrest warrants, it is

ORDERED that the motion (*Doc. No. 2*) be and is hereby DENIED. *See Linda R. S. v. Richard D.*, 410 U.S. 614, 619 (1973); *Leeke v. Timmerman*, 454 U.S. 83 (1981); *United States v. Batchelder*, 442 U.S. 114, 124 (1979).

It is further

ORDERED that Plaintiff's motion for hearing to establish probable cause (*Doc. No. 2*) be and is hereby DENIED.

Done, this 19th day of March 2008.

                                    /s/ Wallace Capel, Jr.
                              WALLACE CAPEL, JR.
                              UNITED STATES MAGISTRATE JUDGE