IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ROBERT EARLY RAY, JR., | * | |
| Plaintiff, | * | |
| v. | * | 2:08-CV-89-MEF |
| ALABAMA PARDON & PAROLE BOARD | * | |
| | * | |
| Defendant. | | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's request for court-reimbursed traveling expenses of witnesses to be present at a probable cause hearing, and as no hearing has been set in this matter, it is

ORDERED that the motion (*Doc. No. 3*) be and is hereby DENIED.

Done, this 19th day of March 2008.

           /s/ Wallace Capel, Jr.
           WALLACE CAPEL, JR.
           UNITED STATES MAGISTRATE JUDGE