IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ROBERT EARLY RAY, JR., | * | |
| Plaintiff, | * | |
| v. | * | 2:08-CV-89-MEF |
| ALABAMA PARDON & PAROLE BOARD | * | |
| | * | |
| Defendant. | | |

_____

**ORDER ON MOTION**

Plaintiff has filed a request for issuance of subpoenas to "witnesses for the defendant [Alabama Board of Pardons and Parole]." The motion, having been read and considered, it is

ORDERED that the motion (*Doc. No. 4*) be and is hereby DENIED.

Done, this 19th day of March 2008.

                                       /s/ Wallace Capel, Jr.
                                    WALLACE CAPEL, JR.
                                    UNITED STATES MAGISTRATE JUDGE