IN THE UNITED STATES DISTRCIT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

2008 MAR 19 A 9: 38

ROBERT EARL RAY, JR. #136712

*Petitioner,*

Vs.                                              * CASE NO: 2:08-CV-89-MEF
                                                              (WO)

ALABAMA PARDON & PAROLE
BOARD                                            *

*Respondents,*

---

## MOTION TO AMEND A RESPONDENT PERSON
## *"BILLY MITCHEM, WARDEN"*
### AND FACTS TO THE COMPLAINT

---

Comes now Robert Earl Ray, Jr. in the above style cause and moves this honorable to grant him leave to amend a respondent person "Billy Mitchem, Warden" to the complaint and facts in support thereof.

1. Petitioner request that Billy Mitchem the Warden Of the Limestone correctional facility will be added as a respondent to the complaint for he following reasons:

2. Petitioner is in custody of the Alabama department Of corrections and held against his will in deprivation of his civil rights by Warden Billy Mitchem.

3. Warden Mitchem is the sole caretaker and custody holder of petitioner's illegal detainment.

4. Warden Mitchem has been informed that petitioner's liberty was deprived illegally and that he, as the sole caretaker of the illegal incarceration needed to take the necessary steps in deciding what he needed to do [legally] in order not to become a conspirator of the illegal acts by members of the Alabama pardon & Parole Board.

5. Warden Mitchem has failed to take any steps in relinquishing custody of the petitioner after being informed of his illegal incarceration. Please see (Exhibit-A) This is a copy of the original legal document notifying that petitioner was being held illegally in deprivation of his civil rights and that he as the warden had the duty to determine whether he should relinquish custody of me or hold me in conspiracy to the illegal acts of the parole board members named in the complaint.

6. Warden Mitchem has failed to take any legal actions in the matter and petitioner therefore asks that he be made a party to the action.

7. Warden Mitchem has been informed that he was holding me in custody wherein the parole board revoked his parole in violation of both state law and the United States constitution.

8. Warden Mitchem has been informed that he is holding me upon a declaration of delinquency wherein the parole board has intentionally failed to hold a revocation hearing on that delinquency report in six years and five months, which is in violation of both state law and the standard

laid out by the United states Supreme court which interprets the United States Constitution.

9.  Warden Mitchem has been informed that the parole board has received information that petitioner is actually innocent of violating his parole.

10. Warden Mitchem is now a conspirator to the illegal acts by parole board members and has refused to act upon a knowingly situation of one who is being held illegally in violation of his civil rights which now subjects him to criminal prosecution pursuant to 28 U.S.C. §§241-242.

11. Petitioner asks that he will be served a copy of the complaint as a respondent.

Done on this the 15th day of March 2008.

_____
ROBERT EARL RAY, JR.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has not been served upon Warden Billy Mitchem , because petitioner ask that the clerk of this court will serve him with the complaint. This motion is placed in the hands of a prison official on March 15th 2008 to be placed in the united sates mail Box. Postage prepaid and properly addressed.

ROBERT EARL RAY, JR.