IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ROBERT EARLY RAY, JR.,          *

    Plaintiff,               *

    v.                      *          2:08-CV-89-MEF

ALABAMA PARDON & PAROLE   *
BOARD
                          *

    Defendant.

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's motion to amend to add Warden Billy Mitchem as

a defendant, and in light of the court's March 19, 2008 order (*see Doc. No. 9*), it is

ORDERED that the motion (*Doc. No. 13*) be and is hereby DENIED at this time.

Done, this 19th day of March 2008.

                     /s/ Wallace Capel, Jr.
                 WALLACE CAPEL, JR.
                 UNITED STATES MAGISTRATE JUDGE