IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE OF ALABAMA
NORTHERN DIVISION

**ROBERT EARL RAY, JR.**

*Plaintiff,*

Vs.                                          * CASE NO: **2:08-CV-89-MEF**

**ALABAMA PARDON &
PAROLE BOARD,**

*Defendant,*                    *

---

## MOTION TO TRANSFER

---

    Comes now Robert Earl Ray, Jr., pro'se in the above style cause and moves this Honorable court to grant him this motion to transfer in part the specific request against members of the Parole Agency to the United States Attorney General's Office for commencement of Investigation and possible Issuance for warrants of Arrest.

    Petitioner has taken into consideration the fact that this Honorable court in its order has clearly and plainly stated, *"No private Citizen can commence criminal proceedings on his own."* Petitioner concedes and admits that his understanding of 18 USC §§241 & 242 seeking criminal prosecution was in error. Petitioner was under the assumption that jurisdiction lies within this court. Petitioner therefore ask that this

1

Honorable court will transfer his complaint/affidavit for investigation and possible Issuance for warrants of arrest to the United States Attorney Generals office.

Petitioner is unable to provide a copy of the same, which was filed with this office due to his limited access to financial assistants and his inability to purchase copies of the same. Furthermore, the United States attorney General's office may not entertain this request from an incarcerated person, due to the severity of its possible consequences upon members of the parole agency.

Petitioner is presently preparing and submitting a §1983, action for violation of his civil rights as ordered by this court on the denial of the parole boards actions on April 30, 2007. The court's order for the clerk of the court to issue petitioner a 1983 for was not enclosed with the court's order. Petitioner asked this court will send petitioner a form to attach to his complaint.

Done on this the 24th, day of March 2008.

_____
ROBERT EARL RAY, JR.

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing has not been served upon the respondents because this court has not served the respondents to his knowledge. Done on this the 25th day of March 2008.

*/s/ Robert Earl Ray, Jr.*

ROBERT EARL RAY, JR.

Robert Ray #136714
K.C.F. K78666
28779 Nick Davis Rd.
Harvest, AL. 35749

HUNTSVILLE / HVS
AL 358
26 MAR 2008 PM 2 T

Office the Clerk
United States Dist. Court
P.O. Box 711
Montgomery, AL. 36101-0711

36101+0711