IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROBERT EARL RAY, JR.
AIS #136712

      *Petitioner,*

Vs.        * CASE NO: CV-08-48.60

       2:08CV89-F

WARDEN BILLY MITCHEM &
CYNTHIA DILLARD, DIRECTOR
OF PARDON & PAROLE BOARD     *
ET.AL.,

      *Respondent,*        *

---

## MOTION FOR EXTENSION OF TIME

Comes now Robert Earl Ray, Jr., pro'se in the above style cause and moves this Honorable court to grant him this motion for extension of time based upon the following:

1. The order issued by the court for petitioner to file an amended complaint on the April 30, 2007 parole hearing cannot be met within that time period wherein, his limited access to the law library and the overcrowded population of almost 3,000 access the law library on a daily basis where only ten inmates can access at a time.

2. Petitioner does desire to file an amended complaint as granted by this court and seek time to prepare a complaint in which this court will address.

3. Petitioner is not trained in the law and needs more time than needed for the professional trained eye of the law.

4. Petitioner has begun his research and preparation and twenty-one day extension will afford him the time necessary to access the court in a meaningful manner.

Based upon the above mentioned facts, petitioner seeks an extension of time. Done on this the 25th day of March 2008.

_____
ROBERT EARL RAY, JR.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has not been served upon any respondent until this court receives the amended complaint and serves the named respondents therein. Done on this the 26th day of March 2008.

_____
ROBERT EARL RAY, JR.

