IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ROBERT EARLY RAY, JR., | * | |
| Plaintiff, | * | |
| v. | * | 2:08-CV-89-MEF |
| ALABAMA PARDON & PAROLE BOARD | * | |
| | * | |
| Defendant. | | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's motion to transfer his complaint and affidavit and request for issuance of federal warrants upon members of the Alabama Board of Pardons and Paroles to the Office of the Attorney General for the United States, it is

ORDERED that the motion (*Doc. No. 16*) be and is hereby DENIED.

Done, this 1st day of April 2008.

　　　　　　　　　　　　　　　　　/s/ Wallace Capel, Jr.
　　　　　　　　　　　　　　　　WALLACE CAPEL, JR.
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE