IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ROBERT EARLY RAY, JR., | * | |
| Plaintiff, | * | |
| v. | * | 2:08-CV-89-MEF |
| ALABAMA PARDON & PAROLE BOARD | * | |
| | * | |
| Defendant. | | |

_____

**ORDER ON MOTION**

Upon consideration of the Motion for Extension of Time filed by Plaintiff on March 28, 2008 (*Doc. No. 17*), and for good cause, it is

ORDERED that Plaintiff's request for an additional twenty-one (21) days from April 8, 2008 to file his amended complaint is DENIED.

It is further ORDERED that Plaintiff is GRANTED an extension from April 8, 2008 to April 23, 2008 to file his amended complaint in compliance with the court's March 19, 2008 order.[1]

---

[1] Plaintiff is advised that he is not required to cite to legal authority in his pleadings. His amended complaint should simply set forth **short and plain statements** showing why he is entitled to relief and be specific enough to put each defendant on notice of how their conduct allegedly violated Plaintiffs' constitutional rights and should contain only claims relative to actions taken against him by the named defendants. Each allegation in the pleading should be simple, concise and direct. *See* Rule 8, *Federal Rules of Civil Procedure*.

Done, this 1st day of April 2008.

                                          /s/ Wallace Capel, Jr.
                              WALLACE CAPEL, JR.
                              UNITED STATES MAGISTRATE JUDGE