IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| ROBERT EARL RAY, JR., #136712, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:08-cv-0089-MEF |
| | ) |
| ALABAMA PARDON AND PAROLE BOARD, | ) |
| | ) |
| Defendant. | ) |

# **O R D E R**

On April 1, 2008, the Magistrate Judge filed a Recommendation (Doc. #20) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The motion for preliminary injunction (Doc. #15) is DENIED and this case is referred back to the Magistrate Judge for additional proceedings.

DONE this the 23rd day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE