```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005121
Cashier ID: christin
Transaction Date: 05/15/2008
Payer Name: LIMESTONE CORRECTIONAL FAC
------------------------------------
PLRA CIVIL FILING FEE
  For: ROBERT EARL RAY JR
  Case/Party: D-ALM-2-08-CV-000089-001
  Amount:         $28.00
------------------------------------
CHECK
  Remitter: LIMESTONE CORRECTIONAL FAC
  Check/Money Order Num: 4338
  Amt Tendered:   $28.00
------------------------------------
Total Due:       $28.00
Total Tendered:  $28.00
Change Amt:       $0.00
```