IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| ROBERT EARLY RAY, JR., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:08-cv-089-MEF |
| ) | WO |
| ALABAMA PARDON & PAROLE ) | |
| BOARD, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #23) to the Recommendation of the Magistrate Judge filed on May 15, 2008 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #22) filed on May 6, 2008 is adopted;

3. This case is DISMISSED without prejudice for plaintiff's failures to prosecute this action and comply with the orders of this court.

DONE this the 23rd day of May, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE