```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005734
Cashier ID: brobinso
Transaction Date: 07/07/2008
Payer Name: LIMESTONE CORRECTIONAL FAC
------------------------------------
PLRA CIVIL FILING FEE
 For: ROBERT RAY
 Case/Party: D-ALM-2-08-CV-000089-001
 Amount:         $20.00
------------------------------------
CHECK
 Check/Money Order Num: 4595
 Amt Tendered:   $20.00
------------------------------------
Total Due:      $20.00
Total Tendered: $20.00
Change Amt:      $0.00
```