```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602006008
Cashier ID: christin
Transaction Date: 08/04/2008
Payer Name: BIBB COUNTY CORR FACILITY
-----------------------------------
PLRA CIVIL FILING FEE
 For: ROBERT EARL RAY JR
 Case/Party: D-ALM-2-08-CV-000089-001
 Amount:         $20.00
-----------------------------------
CHECK
 Remitter: BIBB CORRECTIONAL FAC
 Check/Money Order Num: 9326
 Amt Tendered:  $20.00
-----------------------------------
Total Due:      $20.00
Total Tendered: $20.00
Change Amt:     $0.00
```